United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA and
TENNESSEE VALLEY AUTHORITY,
    Plaintiffs,
                V.

JUDGMENT IN A CIVIL CASE

2.96 ACRES OF LAND, *ET AL.*,
    Defendants.

CASE NUMBER: 3:13-CV-00266

IT IS ORDERED AND ADJUDGED that pursuant to order (Court File No. 76) signed by Senior United States District Judge Curtis L. Collier on February 13, 2015 after the return of a jury verdict (Court File No. 71) on February 10, 2015 just compensation is awarded in the amount of $70,000 to be paid by the Plaintiff, TENNESSEE VALLEY AUTHORITY.

    February 13, 2015
Date

    Debra C. Poplin, Clerk

By  s/ Jason Huffaker    Deputy Clerk